# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ELIZABETH RAMIREZ-ISALES,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>WALGREEN CO. et al.,<br><br>　　　　　　Defendants. | CASE NO. 3:24-cv-05304-DGE<br><br>ORDER TO SHOW CAUSE |

In light of Plaintiff's failure to appear for the July 31, 2024, scheduling conference, Plaintiff is ORDERED to show cause no later than Monday, August 5, 2024, as to why the Court should not impose sanctions, including up to dismissal of this action for want of prosecution.

Dated this 31st day of July 2024.

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE - 1