UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELIZABETH RAMIREZ-ISALES,<br><br>           Plaintiff,<br><br>vs.<br><br>WALGREEN CO., administered by THE PRENTICE-HALL CORPORATION SYSTEM, INC. and "JOHN DOE", individually and the marital community comprised thereof; 1 through 10,<br><br>           Defendant. | No. 3:24-cv-05304-DGE<br><br>STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS WITH PREJUDICE |

## **STIPULATION**

The parties, by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

Respectfully submitted this 14th day of November, 2024.

FORSBERG & UMLAUF, P.S.

_[signature]_
_____
Kimberly A. Reppart, WSBA #30643
*Attorneys for Defendants*

THE LEDGER LAW FIRM

*s/ Mitchell Majors*_____
Mitchell Majors, WSBA #57000
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS WITH PREJUDICE – 1
CASE NO. 3:24-cv-05304

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

**ORDER**

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

The Clerk is directed to close the case.

DONE this 18th day of November 2024.

Honorable David G. Estudillo
United States District Judge

*Presented by:*

FORSBERG & UMLAUF, P.S.

Kimberly A. Reppart, WSBA #30643
*Attorneys for Defendants*

*Presented by:*

THE LEDGER LAW FIRM

*s/ Mitchell Majors*
Mitchell Majors, WSBA #57000
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS WITH PREJUDICE – 2
CASE NO. 3:24-cv-05304

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX